UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 14-cv-0455-KNM
Name of party requesting extension: Medical Information Technology, Inc.
Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 5/27/2014
Number of days requested:   ☐ 30 days   ☑ 15 days   ☐ Other ____ days
New Deadline Date: 8/01/2014   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Charles H. Sanders
State Bar No.: MA BBO# 646740
Firm Name: Goodwin Procter LLP
Address: Exchange Place, 53 State Street
Boston, MA 02109

Phone: 617-570-1000
Fax:   617-523-1231
Email: csanders@goodwinprocter.com

A certificate of conference does not need to be filed with this unopposed application.